1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Daniel Rodriguez

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11 DANIEL RODRIGUEZ,            ) Case No.: CV 11-9011 PLA
                                )
12      Plaintiff,              ) [PROPOSED] ORDER AWARDING
                                ) EQUAL ACCESS TO JUSTICE ACT
13      vs.                     ) ATTORNEY FEES AND EXPENSES
                                ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,           )
   Commissioner of Social Security, )
15                              )
        Defendant               )
16                              )
                                )
17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20      IT IS ORDERED that fees and expenses in the amount of $3,250.00 as

21 authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

22 DATE:   December 13, 2012         *Paul L. Abrams*
23                                   _____
                                     THE HONORABLE PAUL L. ABRAMS
24                                   UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ *Young Cho*
_____
4 | Young Cho
Attorney for plaintiff Daniel Rodriguez

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26