1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Daniel Rodriguez

7

8
                   **UNITED STATES DISTRICT COURT**
9
                   **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | DANIEL RODRIGUEZ,                          ) Case No.: CV 11-9011 PLA
                                                )
12 |         Plaintiff,                         ) [PROPOSED] ORDER AWARDING
                                                ) EQUAL ACCESS TO JUSTICE ACT
13 |    vs.                                     ) ATTORNEY FEES AND EXPENSES
                                                ) PURSUANT TO 28 U.S.C. § 2412(d)
14 | MICHAEL J. ASTRUE,                         )
     Commissioner of Social Security,           )
15                                              )
             Defendant                          )
16                                              )
                                                )
17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20      IT IS ORDERED that fees and expenses in the amount of $3,250.00 as

21 authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

22 DATE:   December 13, 2012

23                                          _____
                                            THE HONORABLE PAUL L. ABRAMS
24                                          UNITED STATES MAGISTRATE JUDGE

25

26

1 Respectfully submitted,

2 LAW OFFICES OF Lawrence D. Rohlfing

3   /s/ *Young Cho*
  _____
4 Young Cho
Attorney for plaintiff Daniel Rodriguez